JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMA WORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOM DIRECT, INC., <br><br> Defendant. | Case No.: CV 19-01004-CJC(RAOx) <br><br> JUDGMENT |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Gama World Technologies, Inc. ("Gama World") against Defendant Ecom Direct, Inc. in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment.

//

The Court **AWARDS** Gama World $1,307,350 in damages and $143,110.60 in prejudgment interest.

DATED: March 20, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE